IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICKEY BAEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-054 |
| | ) | |
| GINO BRANTLEY; CAPTAIN DANIELS; | ) | |
| CAPTAIN HARRELL; LIEUTENANT | ) | |
| JENKINS; SERGEANT STERNS; | ) | |
| CORPORAL COWELL; CORPORAL | ) | |
| DELOGO; CORPORAL KUNTZ; | ) | |
| CORPORAL SEYMORE; CORPORAL | ) | |
| ELLISON; DEPUTY THOMAS; DEPUTY | ) | |
| SEARS; DEPUTY GIST; DEPUTY BUSHY; | ) | |
| DEPUTY BRINSON; DEPUTY | ) | |
| BLASTINGGAME; DEPUTY GILMORE; | ) | |
| DEPUTY MCDANIELS; DEPUTY GABI; | ) | |
| DEPUTY PRESCOTT; DEPUTY TRAVIS; | ) | |
| DEPUTY SMILEY; DEPUTY PERISH; | ) | |
| DEPUTY CARLEE; DETRA WILLIS; | ) | |
| DOCTOR CARSON; DOCTOR CROSBY; | ) | |
| NURSE BAKER; NURSE CLARK; NURSE | ) | |
| ROGERS; NURSE MCKAZ; NURSE | ) | |
| PERLEY; and DEPUTY HOLMES, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 11th day of June, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA