AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICKEY BAEZ,

              Plaintiff,

              v.

GINO BRANTLEY, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-054

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated June 11, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case without prejudice. This civil action stands closed.

6/11/2025
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020